THE COLUMBIAN NATIONAL LIFE INSURANCE COMPANY, Appellant, *v.* BARNET HIRSCH, Respondent.

(Argued April 24, 1935; decided May 21, 1935.)

*Frank A. Fritz* and *Arthur C. Patterson* for appellant. *I. Maurice Wormser, Benjamin A. Karp* and *Louis Scadron* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.